# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**                    Case No. 2:21-cr-21
                                        JUDGE EDMUND A. SARGUS, JR.

  **v.**

**ALESIA COMBS,**

      **Defendant.**

## ORDER

This matter is before the Court on the Government's Motion to Dismiss the Bill of Information against Alesia Combs. (ECF No. 22.) The United States has confirmed that Ms. Combs passed away on June 6, 2021.

The Bill of Information against Alesia Combs is now **DISMISSED.**

    **IT IS SO ORDERED.**


**8/25/2021**                                                        **s/Edmund A. Sargus, Jr.**
**DATED**                                                           **EDMUND A. SARGUS, JR.**
                                                                     **UNITED STATES DISTRICT JUDGE**